■ FRANK L. CIMINELLI CONSTRUCTION CO., INC., Appellant, v COUNTY OF ERIE, Respondent. [624 NYS2d 988] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly granted defendant's motion to amend the answer. Leave to amend pleadings shall be freely given absent prejudice or surprise resulting directly from the delay (CPLR 3025 [b]; *Fahey v County of Ontario,* 44 NY2d 934, 935). Defendant's first and second counterclaims do not prejudice plaintiff, are meritorious on their face, and are not barred by the Statute of Limitations *(see, McCaskey, Davies & Assocs. v New York City Health & Hosps. Corp.,* 59 NY2d 755). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Amend Answer.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.